COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Anthony Sorel Haywood v. The State of Texas

Appellate case number:    01-13-00994-CR

Trial court case number:  1373686

Trial court:              176th District Court of Harris County

On March 28, 2014, appellant Anthony Sorel Haywood filed a motion for extension of library time. The motion is **DENIED**. Appellant is not entitled to "hybrid representation," which is defined as representation partly by counsel, partly by self. *See, e.g., Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007). Pro se motions filed by a criminal defendant already represented by counsel may be disregarded. *Id.*

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                   X  Acting individually     ☐  Acting for the Court

Date: April 8, 2014